# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## PROBATION OFFICE

**SUZANNE H. MINGLEDORFF**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148

AUGUSTA 30903
FEDERAL JUSTICE CENTER
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349



## BRUNSWICK

# <u>MEMORANDUM</u>

DATE:       May 16, 2022

TO:         Honorable Christopher L. Ray
            United States Magistrate Judge

FROM:       Kyle P. Grimes
            U.S. Probation Officer

RE:         **Angel Garcia**
            4:21CR00066-1
            Savannah Division
            Represented by: Pro Se
            **<u>EARLY TERMINATION REQUEST</u>**

On August 3, 2021, Angel Garcia appeared before Your Honor and was sentenced to twelve months probation, $25 special assessment, and $500 fine for the offense of intentional operation of motor vehicles to create danger to persons.  Additionally, Your Honor stated that probation could be terminated early upon completion of all conditions of supervision as recommended by the probation officer.

On April 13, 2022, Garcia fulfilled his court-ordered financial obligations.  He has complied with all court-ordered conditions to date and has posed no problem while on supervision.

In light of his favorable adjustment to supervision, it is respectfully recommended that this case be terminated.  Should the Court concur with this recommendation, an order terminating probation is attached for the Court's signature.

Honorable Christopher L. Ray
RE: Angel Garcia
Dkt. No. 4:21CR00066-1
Page 2

Enclosure

Reviewed by:

_____
Brad C. Chapman
Supervisory United States Probation Officer

PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                          Crim. No.    4:21CR00066-1

Angel Garcia

On August 3, 2021, the above named was placed on probation for a period of twelve months.  He has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kyle P. Grimes
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this    16th    day of May, 2022.

Christopher L. Ray
United States Magistrate Judge